UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                              Plaintiff,<br><br>        v.<br><br>GULFCOAST SOFTWARE SOLUTIONS, LLC, a Florida limited liability corporation, TIM LINDBLOM, an individual, and MOLLY ROBKE, an individual,<br><br>                              Defendants. | No. 14-cv-1851<br><br>AMENDED COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF |

Plaintiff Microsoft Corporation ("Microsoft") files this Complaint against Defendants Gulfcoast Software Solutions, LLC ("Gulfcoast"), Tim Lindblom, and Molly Robke (collectively, "Defendants"), alleging as follows:

## I.       INTRODUCTION

1.      This is an action for copyright infringement, trademark infringement, imposition of a constructive trust, and an accounting of Defendants' ill-gotten gains.

2.      On information and belief, Defendants have installed and activated unlicensed Microsoft software on hundreds of computer systems using unauthorized product keys, including certain keys known to have been stolen from Microsoft's supply chain.

3.      Based on the volume and pattern of their activation activity, on information and belief, Defendants appears to consist of one or more commercial entities that subsequently

Davis Wright Tremaine LLP<br>LAW OFFICES<br>1201 Third Avenue, Suite 2200<br>Seattle, WA  98101-3045<br>206.622.3150 main · 206.757.7700 fax

distributed those systems to customers that, on information and belief, were unaware they were receiving pirated software.

## II.    PARTIES

4.      Microsoft is a Washington corporation with its principal place of business in Redmond, Washington. Microsoft develops, markets, distributes, and licenses computer software, among other products and services.

5.       On information and belief Gulfcoast Software Solutions, LLC, is a Florida corporation with its principal place of business in Clearwater, Florida.   Defendants are in possession or control of the Internet Protocol ("IP") address 67.79.163.114, which was used by Defendants in furtherance of the unlawful conduct alleged herein. This IP address is assigned to Time Warner Cable Internet LLC, an Internet Service Provider, which in turn assigned it to Defendants for their use at certain times relevant to this complaint.

6.      On information and belief, defendant Tim Lindblom is the Registered Agent and a Managing Member of Gulfcoast Software Solutions, LLC, and he owns, operates, supervises, and/or controls its conduct and business. On information and belief, Mr. Lindblom is a citizen of Florida.  On information and belief, Mr. Lindblom either (a) personally participated in and/or (b) had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and he derived a direct financial benefit from that wrongful conduct. Mr. Lindblom is therefore subject to liability for the wrongful conduct alleged herein under principles of secondary liability, including without limitation, respondeat superior, vicarious liability, and/or contributory infringement.

7.      On information and belief, defendant Molly Robke is a Managing Member of Gulfcoast Software Solutions, LLC, and she owns, operates, supervises, and/or controls its conduct and business. On information and belief, Ms. Robke is a citizen of Florida.  On information and belief, Ms. Robke either (a) personally participated in and/or (b) had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1   she derived a direct financial benefit from that wrongful conduct. Ms. Robke is therefore

2   subject to liability for the wrongful conduct alleged herein under principles of secondary

3   liability, including without limitation, respondeat superior, vicarious liability, and/or

4   contributory infringement.

## III.   JURISDICTION & VENUE

6   8.   The Court has subject matter jurisdiction over Microsoft's claims for trademark

7   infringement, copyright infringement, and related claims pursuant to 15 U.S.C. § 1121, 17

8   U.S.C. § 501, and 28 U.S.C. §§ 1331 and 1338(a). The Court also has subject matter

9   jurisdiction under 28 U.S.C. § 1332 because on information and belief, this action is between

10  citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest

11  and costs.

12  9.   The Court has personal jurisdiction over Defendants because they purposefully

13  directed their unlawful activities at Washington, and Microsoft's claims arise from those

14  activities. In activating or attempting to activate pirated Microsoft software, as described

15  below, Defendants reached out and contacted Microsoft servers in Washington, and transmitted

16  information to those servers and Microsoft in Washington. In addition, Defendants expressly

17  aimed their conduct at Washington because they (1) had actual or constructive knowledge of

18  Microsoft's intellectual property rights (including Microsoft's registered copyrights and

19  trademarks) and Microsoft's residence in Washington; (2) acted, at a minimum, with willful

20  blindness to, or in reckless disregard of, Microsoft's rights; and (3) knew or should have known

21  that their conduct would cause harm to Microsoft in Washington. *See Wash. Shoe Co. v. A-Z*

22  *Sporting Goods, Inc.*, 704 F.3d 668 (9th Cir. 2012).

23  10.   Venue is proper in this Court pursuant to 28 U.S.C. § 1400(a) because

24  Defendants are subject to personal jurisdiction in the Western District of Washington. *See*

25  *Brayton Purcell LLP v. Recordon & Recordon*, 606 F.3d 1124 (9th Cir. 2010).

26

27

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

11.     Pursuant to Local Civil Rule 3(d), intra-district assignment to the Seattle Division is proper because the claims arose in this Division, where (a) Microsoft resides, (b) the injuries giving rise to suit occurred, and (c) Defendants directed their unlawful conduct.

## IV.     FACTS COMMON TO ALL CLAIMS

### A.     The Global Problem of Software Piracy

12.     Software developers lose billions of dollars in annual revenue from software piracy, namely, the unauthorized and unlawful copying, downloading, and distributing of copyrighted and trademarked software and related components. In 2013, the commercial value of pirated software in the United States was in excess of $9.7 billion. *See* Business Software Alliance, *The Compliance Gap: Global Software Survey* (June 2014), http://globalstudy.bsa.org/2013/downloads/studies/2013GlobalSurvey Study en.pdf.

13.     One prominent form of software piracy is known as "hard-disk loading," which is the unauthorized copying and installation of infringing software on devices. Those devices are then sold in competition with, and often for lower prices than, devices pre-installed with legally licensed copies of software.

14.     Software developers, like Microsoft, are not the only victims of software piracy. Microsoft's customers are also victims as they are often deceived by distributors of pirated software who go to great lengths to make the software appear genuine. When this occurs, customers may unwittingly expose themselves to security risks associated with the use of pirated software. *See* Federal Bureau of Investigation, *Consumer Alert: Pirated Software May Contain Malware*, Aug. 1, 2013, at http://www.fbi.gov/news/stories/2013/august/pirated-software-may-contain-malware/ (noting the relatively greater risk that pirated software is infected with malicious software, or "malware," which can be used to record keystrokes and thus capture sensitive information such as user names, passwords, and Social Security numbers).

AMENDED COMPLAINT (14-cv-1851) – 4
DWT 26550097v3 0025936-002306

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

**B.    Microsoft's Software and Intellectual Property**

15.    Microsoft develops, advertises, markets, distributes, and licenses a number of computer software programs. Microsoft's software programs are recorded on distributable media, such as DVDs, or are made available for download through various authorized distribution channels.

16.    **Windows 8**: Microsoft has developed, advertises, markets, distributes, and licenses a computer operating system called Microsoft Windows 8 ("Windows 8").  Windows 8 is available in a number of different versions, each of which includes certain combinations of products, programs, and features.  Versions of Windows 8 include Windows 8 and Windows 8 Professional.  Microsoft holds a valid copyright in Windows 8 Professional, the most expansive version of Windows 8.  As a result, Microsoft's copyright in Windows 8 Professional encompasses all other versions of Windows 8.  Microsoft's copyright in Windows 8 Professional was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Registration Certificate for Microsoft Windows 8 Professional, bearing the number TX 7-601-008, is attached as Exhibit 1.

17.    **Windows 7:** Microsoft has developed, advertises, markets, distributes, and licenses a computer operating system called Microsoft Windows 7 ("Windows 7"). Microsoft holds a valid copyright in Windows 7 that was duly and properly registered with the United States Copyright Office. A true and correct copy of the Registration Certificate for Microsoft Windows 7, bearing the number TX 7-009-361, is attached as Exhibit 2.

18.    **Office 2010:** Microsoft has developed, advertises, markets, distributes, and licenses a suite of productivity software for business, home, and educational use called Microsoft Office 2010 ("Office 2010"). Office 2010 is available in a number of different versions, each of which includes certain combinations of products, programs, and features. Versions of Office 2010 include Office Professional 2010, Office Home and Business 2010, and Office Home and Student 2010. Microsoft holds a valid copyright in Office Professional Plus 2010, the most expansive version of Office 2010. As a result, Microsoft's copyright in

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Office Professional Plus 2010 encompasses all other versions of Office 2010. Microsoft's copyright in Office Professional Plus 2010 was duly and properly registered with the United States Copyright Office. A true and correct copy of the Registration Certificate for Microsoft Office Professional Plus 2010, bearing the number TX 7-151-840, is attached as Exhibit 3.

19.     Microsoft has also duly and properly registered a number of trademarks and service marks in the United States Patent and Trademark Office on the Principal Register, including without limitation:

(a)     "MICROSOFT," Trademark and Service Mark Registration No. 1,200,236, for computer programs and computer programming services;

(b)     "WINDOWS," Trademark Registration No. 1,872,264 for computer programs and manuals sold as a unit;

(c)     FLAG DESIGN TWO (B/W), Trademark Registration No. 2,738,877, for computer software;

(d)     FLAG DESIGN TWO (COLOR), Trademark Registration No. 2,744,843, for computer software;

(e)     "MICROSOFT OFFICE," Trademark Registration No. 3,625,391, for computer productivity software;

(f)     OFFICE 2010 DESIGN, Trademark Registration No. 4,029,299, for computer productivity software;

(g)     "ACCESS," Trademark Registration No. 3,238,869, for computer database management software;

(h)     ACCESS LAUNCH ICON (2010), Trademark Registration No. 3,905,556, for computer database management software;

(i)     "EXCEL," Trademark Registration No. 2,942,050, for computer spreadsheet software;

(j)     EXCEL LAUNCH ICON 2010, Trademark Registration No. 3,905,558, for computer spreadsheet software;

AMENDED COMPLAINT (14-cv-1851) – 6
DWT 26550097v3 0025936-002306

(k)     "ONENOTE," Trademark Registration No. 2,844,710, for computer software for use in note taking;

(l)     ONENOTE LAUNCH ICON 2010, Trademark Registration No. 3,905,559, for computer software for use in note taking;

(m)     "OUTLOOK," Trademark Registration No. 2,188,125, for computer programs for providing enhanced electronic mail and scheduling capabilities;

(n)     OUTLOOK LAUNCH ICON 2010, Trademark Registration No. 3,905,560, for computer programs for providing enhanced electronic mail and scheduling capabilities;

(o)     "POWERPOINT," Trademark Registration No. 1,475,795, for computer software programs for creating presentations, graphics and videos;

(p)     POWERPOINT LAUNCH ICON 2010, Trademark Registration No. 3,905,561, for computer software programs for creating presentations, graphics and videos;

(q)     WORD LAUNCH ICON 2010, Trademark Registration No. 3,909,143, for word processing software; and

True and correct copies of the Trademark Registrations for (a) through (q) above are attached as Exhibits 4 through 20, respectively.

**C.     Microsoft's Distribution Channels for Software**

20.     Microsoft has a number of distribution channels for its software. These channels include, among others, Original Equipment Manufacturer (OEM), volume licensing, subscriptions, and refurbisher.

21.     The Original Equipment Manufacturer ("OEM") distribution channel is one through which Microsoft software is distributed to computer and device manufacturers called OEMs. OEMs customarily pre-install software on the devices they build including, most commonly, the Microsoft Windows operating system.

AMENDED COMPLAINT (14-cv-1851) – 7
DWT 26550097v3 0025936-002306

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

22.     The OEM distribution channel involves sub-channels that supply Microsoft software to different categories of OEMs. Two of these sub-channels are relevant for purposes of this complaint: the Commercial OEM channel and the Direct OEM channel.

23.     Through the Commercial OEM ("COEM") channel, Microsoft and a large number of authorized distributors supply what is called "system builder" software to small and medium-sized OEMs for pre-installation on devices As described in detail below, this software is required to be individually activated on each device.

24.     Through the Direct OEM ("DOEM") channel, Microsoft directly provides software to large computer manufacturers, such as Dell and Lenovo, for pre-installation on devices. The DOEMs acquire some components associated with the Microsoft software from Microsoft Authorized Replicators ("ARs").

25.     In addition to the OEM channel, Microsoft offers a number of subscription programs through which it provides software to qualified groups. One example of a subscription program is the Microsoft Developer Network ("MSDN"), which is for individuals and entities that develop third-party software compatible with Microsoft software. MSDN subscribers are able to download certain Microsoft software directly from Microsoft.

26.     Microsoft also offers Volume Licensing ("VL") programs for its business customers. Through the VL program, customers purchase licenses for their software and can add, remove, and upgrade their software as their business needs evolve.

**D.      Product Activation**

27.     Like many other software developers, Microsoft has implemented a wide-range of initiatives to protect its customers and combat theft of its intellectual property. One important tool in Microsoft's anti-piracy protection arsenal is its product activation system, which involves the activation of software through product keys.

28.     A Microsoft product key is a 25-character alphanumeric string generated by Microsoft and provided to customers and OEMs. Generally, when customers or OEMs install Microsoft software on a device, they must enter the product key. Then, as part of the activation

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

process, customers and/or OEMs voluntarily contact Microsoft's activation servers over the Internet and transmit their product keys and other technical information about their device to the servers. Nearly all of the activations involved in this matter contacted servers that are physically located in Tukwila, Washington.

29.     The activation process is analogous to the activation of credit cards or mobile phones with a code provided by the financial institution or the mobile carrier. Because Microsoft's copyrighted software is capable of being installed on an unlimited number of computers, Microsoft relies on the product activation process to detect piracy and protect consumers from the risks of non-genuine software.

30.     In the OEM channel, each copy of genuine Microsoft Windows and Office software that is purchased is distributed with a product key unique to that copy of the software—thus, if a customer purchases ten copies of Windows 7, the customer is supplied with ten unique product keys. For Microsoft's subscription and VL programs, customers are normally supplied a single product key for each version of Microsoft software they license – for example, a customer would receive one reusable product key for all Office Professional licenses authorized under their VL agreement to install and activate all copies.

31.     Windows Product activation works differently in the COEM and DOEM channels. COEMs are required to use individual product keys to install and activate software on the computer system. DOEMs, on the other hand, use either a master key to install Windows software (as in the case with Windows 7) or a separate file generated from Microsoft to install and activate Windows software (as in the case with Windows 8) for each device.

### E.      Microsoft's Use of Cyberforensics to Combat Piracy

32.     To support Microsoft's global efforts to combat the piracy of its software, Microsoft recently launched the Microsoft Cybercrime Center. See Microsoft Cybercrime Center, http://www.microsoft.com/government/ww/safety-defense/initiatives/Pages/cybercrime-center.aspx.  Among other tools, the Cybercrime Center relies on investigative

AMENDED COMPLAINT (14-cv-1851) – 9
DWT 26550097v3 0025936-002306

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1  methods that leverage state-of-the-art technology to detect software piracy. Microsoft refers to

2  these methods as "cyberforensics."

3      33.     As part of its cyberforensic methods, Microsoft analyzes product key activation

4  data voluntarily provided by users when they activate Microsoft software, including the IP

5  address from which a given product key is activated. An IP address is a numerical identifier

6  used to uniquely identify an internet-capable device when the device is connected to the

7  Internet. An IP address is ordinarily assigned to an internet user (whether an individual or an

8  entity) by the user's Internet Service Provider ("ISP").

9      34.     Entities charged with managing and administering internet numbering resources,

10  including IP addresses, publish information about IP address assignment and registration in

11  publicly-searchable databases. Akin to an IP address "phone book," these databases can be

12  used to associate each IP address with the individual or entity assigned to use that address. In

13  some cases, the listed individual or entity is actually using the IP address; in other cases, the

14  listed individual or entity is an ISP who has assigned the IP address to one of its customers.

15  Thus, in some instances, the identity of the individual or entity associated with a particular IP

16  address is publicly available; in other instances, the identity of the individual or entity can only

17  be obtained from the ISP assigned to that IP address.

18      35.     Cyberforensics allows Microsoft to analyze billions of activations of Microsoft

19  software and identify activation patterns and characteristics that make it more likely than not

20  that the IP address associated with the activations is an address through which pirated software

21  is being activated. These characteristics include, but are not limited to, software activations

22  with:

23          a.      Product keys known to have been stolen from Microsoft's supply chain;

24          b.      DOEM product keys impermissibly used in the COEM and/or

25                  refurbisher channel;

26          c.      Subscription program product keys used by non-qualified individuals or

27                  entities, or by individuals or entities other than the subscriber;

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

d.   Subscription program product keys used in a manner that is not authorized by the applicable license (such as product keys intended for educational institutions used by commercial entities);

e.   Any type of product key used more times than is authorized by the applicable software license; or

f.   Volume license product keys used by someone other than the volume licensee.

g.   Out of region keys used in a manner that is not authorized by the applicable license and/or used by non-qualified individuals or entities.

**F.   Defendants' Infringing Conduct**

36.   Microsoft's cyberforensics have identified a number of product key activations originating from IP address 67.79.163.114 ("the IP address"), which is presently assigned to ISP Time Warner Internet Cable, and which, on information and belief, is being used by the Defendant in furtherance of the unlawful conduct alleged herein. These activations have characteristics that, on information and belief, establish that Defendants are using the IP address to activate pirated software.

37.   On information and belief, Defendants have activated numerous copies of Windows 8, Windows 7, and Office 2010 with product keys that have the following characteristics:

a.   Product keys known to have been stolen from Microsoft's supply chain;

b.   Product keys of various types used more times than is authorized by the applicable software license.

c.   Subscription program product keys used by non-qualified individuals or entities, or by individuals or entities other than the subscriber;

d.   Volume license product keys used by someone other than the volume licensee;

AMENDED COMPLAINT (14-cv-1851) – 11
DWT 26550097v3 0025936-002306

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

e.      Out of region keys used in a manner that is not authorized by the applicable license and/or used by non-qualified individuals or entities.

38.     On information and belief, each of these activations constitutes the unauthorized copying, distribution, and use of Microsoft software, in violation of Microsoft's software licenses and its intellectual property rights.

39.     On information and belief, Defendants have committed and continue to commit acts of copyright and trademark infringement against Microsoft. On information and belief, at a minimum, Defendants acted with willful blindness to, or in reckless disregard of, Microsoft's registered copyrights, trademarks, and service mark.

40.     On information and belief, Microsoft has been harmed by Defendant's advertising activities, including the unauthorized use of Microsoft's marks to describe the items that Defendants are distributing.

## V.      CAUSES OF ACTION

### First Claim
### Copyright Infringement - 17 U.S.C. § 501 *et seq*.

41.     Microsoft is the sole owner of Microsoft Windows 8, Windows 7, and Office 2010, and of the corresponding copyrights and Certificates of Registration with the registration numbers listed above.

42.     Defendants have infringed Microsoft's copyrights by reproducing and/or distributing Microsoft software in the United States of America without approval or authorization from Microsoft.

43.     At a minimum, Defendants acted with willful blindness to, or in reckless disregard of, Microsoft's registered copyrights.

44.     As a result of Defendants' wrongful conduct, Microsoft is entitled to recover its actual damages and Defendants' profits attributable to the infringement. Alternatively, Microsoft is entitled to statutory damages under 17 U.S.C. § 504(c).

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

45.     The award of statutory damages should be enhanced in accordance with 17 U.S.C. § 504(c)(2).

46.     Microsoft is further entitled to injunctive relief and an order impounding all infringing materials. Microsoft has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) Microsoft's copyrights are unique and valuable property which have no readily determinable market value; (b) Defendants' infringement harms Microsoft such that Microsoft could not be made whole by any monetary award; and (c) Defendants' wrongful conduct, and the resulting damage to Microsoft, is continuing.

### Second Claim
### Trademark Infringement – 15 U.S.C. § 1114

47.     Defendants' activities constitute infringement of Microsoft's federally registered trademarks and service mark with the registration numbers listed above

48.     Microsoft advertises, markets, distributes, and licenses its software and related components under the trademarks and service mark described above and uses these trademarks and service mark to distinguish Microsoft's products from the software and related items of others in the same or related fields.

49.     Because of Microsoft's long, continuous, and exclusive use of these trademarks and service mark, they have come to mean, and are understood by customers, end users, and the public to signify, software programs and related components or services of Microsoft.

50.     The infringing materials that Defendants have and are continuing to advertise, market, install, offer, and distribute are likely to cause confusion, mistake, or deception as to their source, origin, or authenticity.

51.     Further, Defendants' activities are likely to lead the public to conclude, incorrectly, that the infringing materials that Defendants are advertising, marketing, installing, offering, and/or distributing originate with or are authorized by Microsoft, thereby harming Microsoft, its licensees, and the public.

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

52. At a minimum, Defendants acted with willful blindness to, or in reckless disregard of, Microsoft's registered marks.

53. As a result of Defendants' wrongful conduct, Microsoft is entitled to recover its actual damages, Defendants' profits attributable to the infringement, and treble damages and attorney fees pursuant to 15 U.S.C. § 1117 (a) and (b). Alternatively, Microsoft is entitled to statutory damages under 15 U.S.C. § 1117(c).

54. Microsoft is further entitled to injunctive relief and an order compelling the impounding of all infringing materials. Microsoft has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) Microsoft's trademarks and service mark are unique and valuable property that have no readily determinable market value; (b) Defendants' infringement constitutes harm to Microsoft's reputation and goodwill such that Microsoft could not be made whole by any monetary award; (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin or authenticity of the infringing materials; and (d) Defendants' wrongful conduct, and the resulting harm to Microsoft, is continuing.

### Third Claim
### Imposition of a Constructive Trust

55. Defendants' conduct constitutes deceptive and wrongful conduct in the nature of passing off the infringing materials as genuine Microsoft software or related components approved or authorized by Microsoft.

56. By virtue of Defendants' wrongful conduct, Defendants have illegally received money and profits that rightfully belong to Microsoft.

57. On information and belief, Defendants hold the illegally received money and profits in the form of bank accounts, real property, or personal property that can be located and traced. All such money and profits, in whatever form, are held by Defendants as a constructive trustee for Microsoft.

AMENDED COMPLAINT (14-cv-1851) – 14
DWT 26550097v3 0025936-002306

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

**Fourth Claim**
**Accounting**

58.     Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to recover any and all profits of Defendants that are attributable to the acts of infringement.

59.     Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to actual damages or statutory damages sustained by virtue of Defendants' acts of infringement.

60.     The amount of money due from Defendants to Microsoft is unknown to Microsoft and cannot be ascertained without a detailed accounting by Defendants of the precise number of units of infringing material advertised, marketed, installed, offered or distributed by Defendants.

## VI.     PRAYER FOR RELIEF

WHEREFORE, Microsoft respectfully prays for the following relief:

A     That the Court enter judgment in Microsoft's favor on all claims;

B     That the Court restrain and enjoin Defendants, their directors, principals, officers, agents, representatives, employees, attorneys, successors and assigns, and all others in active concert or participation with it, from:

(i)     copying or making any other infringing use or infringing distribution of Microsoft's software and other intellectual property including but not limited to the software identified by the Trademark, Service Mark, and Copyright Registration Numbers listed above;

(ii)     manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any Microsoft software or other intellectual property bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks, service mark, or copyrights, including, but not limited to, the Trademark, Service Mark, and Copyright Registration Numbers listed above;

(iii)     using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service mark, or copyright including, but not limited to the Trademark, Service Mark, and Copyright Registration Numbers listed above, in

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

connection with the manufacture, assembly, production, distribution, offering for distribution, circulation, sale, offering for sale, import, advertisement, promotion, or display of any software, component, and/or other item not authorized or licensed by Microsoft;

(iv)     engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit, these trademarks, service mark, and/or copyrights; and

(v)     assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities listed above;

C.     That the Court enter an order pursuant to 15 U.S.C. § 1116(a)(d)(1)(A) and 17 U.S.C. § 503 impounding all counterfeit and infringing copies of purported Microsoft software and/or materials bearing any of Microsoft's trademarks or service mark, and any related item, including business records, that are in Defendants' possession or under their control;

D.     That the Court enter an order declaring that Defendants hold in trust, as constructive trustees for the benefit of Microsoft, the illegal profits obtained from their distribution of counterfeit and infringing copies of Microsoft's software, and requiring Defendants to provide Microsoft a full and complete accounting of all amounts due and owing to Microsoft as a result of Defendants' unlawful activities;

E.     That Defendants be required to pay all general, special, actual, and statutory damages which Microsoft has sustained, or will sustain, as a consequence of Defendants' unlawful acts, and that such damages be enhanced, doubled, or trebled as provided for by 17 U.S.C. § 504(c) and 15 U.S.C. § 1117(b);

F.     That Defendants be required to pay to Microsoft both the costs of this action and the reasonable attorneys' fees incurred by Microsoft in prosecuting this action, as provided for by 15 U.S.C. § 1117 and 17 U.S.C. § 505; and

G.     That the Court grant Microsoft such other, further, and additional relief as the Court deems just and equitable.

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1    DATED this 6th day of April, 2015.

2                                           Davis Wright Tremaine LLP
                                            *Attorneys for Plaintiff Microsoft Corp.*
3

4                                           By /s/ Max Hensley
                                               Max Hensley, WSBA #47030
5                                              1201 Third Avenue, Suite 2200
                                               Seattle, WA  98101-3045
6                                              Tel: (206) 622-3150
                                               Fax: (206) 757-7700
7                                              E-mail: maxhensley@dwt.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

AMENDED COMPLAINT (14-cv-1851) – 17
DWT 26550097v3 0025936-002306

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-601-008**

**Effective date of
registration:**

November 6, 2012

---

## Title

**Title of Work:** Windows 8

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** October 26, 2012       **Nation of 1st Publication:** United States

## Author

■     **Author:** Microsoft Corporation

**Author Created:** editing, computer program, entire work including art and text on product packaging

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, previous version

**Previous registration and year:** TX 7-009-361     2009

**New material included in claim:** editing, computer program, entire work including art and text on product
packaging

## Certification

**Name:** Dave Green

**Date:** November 6, 2012

**Applicant's Tracking Number:** 84313473

---

**Correspondence:** Yes

# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-009-361**

**Effective date of registration:**

November 11, 2009

## Title

**Title of Work:** Windows 7

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** October 22, 2009     **Nation of 1st Publication:** United States

## Author

**Author:** Microsoft Corporation

**Author Created:** text, editing, artwork, computer program, audio, compilation

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program, editing, audio, selection of materials for a compilation

**Previous registration and year:** TX6508905     2007

**New material included in claim:** text, editing, artwork, computer program, audio, compilation

## Certification

**Name:** Matt Skelton

**Date:** November 11, 2009

**Applicant's Tracking Number:** 83479060

**Correspondence:** Yes

**Registration #:**   TX0007009361

**Service Request #:**   1-273031501

Microsoft Corporation
Peggy Crowley
One Microsoft Way
Redmond, WA 98052  United States

# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-151-840

**Effective date of
registration:**

May 28, 2010

## Title

**Title of Work:** Microsoft Office Professional Plus 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 12, 2010     **Nation of 1st Publication:** United States

## Author

■ **Author:** Microsoft Corporation

**Author Created:** text, photograph(s), editing, computer program, artwork, audio visual; sounds; entire
work including text on product packaging

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs, computer program, artwork, audio visual; sounds

**Previous registration and year:** TX 6-504-552    2007

**New material included in claim:** text, photographs, compilation, editing, computer program, artwork, audio
visual; sounds; entire work including text on product packaging

## Certification

**Name:** Matt Skelon

**Date:** May 28, 2010

**Applicant's Tracking Number:** 83503121

# EXHIBIT 4

Int. Cls.: 9 and 42

Prior U.S. Cls.: 26, 38 and 101

## United States Patent and Trademark Office

Reg. No. 1,200,236
Registered Jul. 6, 1982

### TRADEMARK
### SERVICE MARK
Principal Register

## MICROSOFT

Microsoft (partnership)
Suite 819
10800 NE. 8th
Bellevue, Wash. 98004

For: COMPUTER PROGRAMS, in CLASS 9 (U.S. Cls. 26 and 38).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.
For: COMPUTER PROGRAMMING SER-

VICES, in CLASS 42 (U.S. Cl. 101).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.

Ser. No. 236,080, filed Oct. 22, 1979.

B. H. VERTIZ, Primary Examiner

CHERYL LYNNE HENDERSON, Examiner

# EXHIBIT 5

Int. Cl.: 9

Prior U.S. Cl.: 38

Reg. No. 1,872,264

## United States Patent and Trademark Office · Registered Jan. 10, 1995

## TRADEMARK
## PRINCIPAL REGISTER

## WINDOWS

MICROSOFT CORPORATION (DELAWARE CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS AND MANU-ALS SOLD AS A UNIT; NAMELY, GRAPHICAL OPERATING ENVIRONMENT PROGRAMS FOR MICROCOMPUTERS, IN CLASS 9 (U.S. CL. 38).

FIRST USE 10-18-1983; IN COMMERCE 10-18-1983.

SEC. 2(F).

SER. NO. 74-090,419, FILED 8-20-1990.

ESTHER BELENKER, EXAMINING ATTOR-NEY

# EXHIBIT 6

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,738,877
Registered July 15, 2003

## TRADEMARK
### PRINCIPAL REGISTER



MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, OPERATING SYSTEM PROGRAMS AND UTILITIES; A FULL LINE OF APPLICATION PROGRAMS; WORD PROCESSING PROGRAMS, ADDRESS BOOK PROGRAMS, CALCULATOR PROGRAMS, TERMINAL EMULATION PROGRAMS, PROGRAMS FOR DOWNLOADING AND PLAYING AUDIO AND VIDEO, PROGRAMS FOR MANAGING COMPUTER POWER SUPPLIES, PROGRAMS FOR USE IN TRANSMITTING DATA BETWEEN COMPUTERS AND OTHER ELECTRONIC DEVICES, COMPUTER MAINTENANCE PROGRAMS, PROGRAMS FOR PROVIDING ENHANCED SPECIAL EFFECTS WHILE RUNNING GAME PROGRAMS, PROGRAMS FOR USE IN ACCESSING AND PLAYING CDS AND DVDS, BROWSER PROGRAMS, ACCESSIBILITY PROGRAMS TO MAKE COMPUTERS MORE USEFUL FOR PERSONS WITH DISABILITIES; PAINT PROGRAMS, NAMELY, COMPUTER SOFTWARE FOR USE IN CREATING, EDITING AND COLORING DRAWINGS; ELECTRONIC MAIL PROGRAMS; PROGRAMS FOR ELECTRONIC CONFERENCING; COMPUTER SOFTWARE FOR PLAYING VIDEO AND ELECTRONIC GAMES AND COMPUTER GAMES; USER MANUALS THEREFOR SOLD AS A UNIT THEREWITH; CHILDREN'S EDUCATIONAL SOFTWARE; COMPUTER TUTORIAL SOFTWARE FOR TEACHING USE OF COMPU-

TER PROGRAMS; COMPUTER SOFTWARE PROVIDING BILINGUAL DICTIONARIES; COMPUTER SOFTWARE FOR TEACHING FOREIGN LANGUAGES; COMPUTER SOFTWARE PROVIDING MAPS AND ATLASES; COMPUTER SOFTWARE FOR CREATING RESUMES; COMPUTER SOFTWARE FOR ACCOUNTING; COMPUTER SOFTWARE FOR RECORDING TIME FOR USE IN ACCOUNTING SYSTEMS; COMPUTER SOFTWARE FOR USE IN COMPUTER AIDED DESIGN (CAD); COMPUTER SOFTWARE FOR INVENTORY MANAGEMENT; COMPUTER SOFTWARE FOR PHOTO EDITING; COMPUTER SOFTWARE FOR SCANNING AND STORING IMAGES; COMPUTER SOFTWARE, NAMELY, TYPEFACE FONTS STORED ON MAGNETIC MEDIA; COMPUTER SOFTWARE FOR DESKTOP PUBLISHING; COMPUTER NETWORK ADMINISTRATION SOFTWARE; COMPUTER SOFTWARE FOR CREATING AND ENHANCING WEB SITES; COMPUTER SOFTWARE FOR COMPUTER SECURITY AND ANTI-VIRUS PROTECTION; COMPUTER SOFTWARE FOR MANAGING AND CONTROLLING PRINTER SERVERS; COMPUTER PROGRAMS FOR PROVIDING WIRELESS NETWORKS; COMPUTER SOFTWARE FOR VIDEOCONFERENCING; COMPUTER SOFTWARE FOR MANAGING FACSIMILE AND TELEPHONE COMMUNICATIONS OVER COMPUTER NETWORKS; COMPUTER SOFTWARE FOR COOKING AND RECIPES; COMPUTER SOFTWARE FOR USE WITH INTERNET MESSAGING SERVICES; COMPUTER SOFTWARE FOR USE BY HOTELS TO BOOK RESERVATIONS; COMPUTERS; COMPUTER

HARDWARE; COMPUTER PERIPHERALS; COMPUTER MICE AND POINTING DEVICES; HAND HELD COMPUTERS; DVD PLAYERS; DIGITAL CELLULAR PHONES; BLANK SMART CARDS, NAMELY, ENCODED ELECTRONIC CHIP CARDS CONTAINING PROGRAMMING FOR VARIOUS BUSINESS AND TECHNICAL FUNCTIONS; COMMUNICATION SERVERS, AND COMPUTER APPLICATION PROGRAMS AND OPERATING SYSTEM PROGRAMS FOR USE THEREWITH; COMPUTER PROGRAMS FOR MANAGING COMMUNICATIONS AND DATA EXCHANGE BETWEEN COMPUTERS AND ELECTRONIC DEVICES; VIDEO GAME MACHINES FOR USE WITH TELEVISIONS AND COMPUTERS, AND OPERATING SYSTEM SOFTWARE FOR USE THEREWITH; OPERATING SYSTEM SOFTWARE FOR USE IN PLAYING ELECTRONIC GAMES; COMPUTER HARDWARE AND PERIPHERALS; COMPUTER KEYBOARDS; COMPUTER AND VIDEO GAME JOYSTICKS; VIDEO GAME INTERACTIVE CONTROL FLOOR PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-26-2001; IN COMMERCE 3-26-2001.

OWNER OF U.S. REG. NOS. 1,815,350 AND 1,816,354.

THE MARK CONSISTS OF A FLAG DESIGN. COLOR IS NOT CLAIMED AS PART OF THE MARK.

SN 78-043,743, FILED 1-18-2001.

TARAH HARDY, EXAMINING ATTORNEY

# EXHIBIT 7

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,744,843
Registered July 29, 2003

## TRADEMARK
### PRINCIPAL REGISTER



MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, OPERATING SYSTEM PROGRAMS AND UTILITIES, WORD PROCESSING PROGRAMS, ADDRESS BOOK PROGRAMS, CALCULATOR PROGRAMS, TERMINAL EMULATION PROGRAMS, PROGRAMS FOR DOWNLOADING AND PLAYING AUDIO AND VIDEO, PROGRAMS FOR MANAGING COMPUTER POWER SUPPLIES, PROGRAMS FOR USE IN TRANSMITTING DATA BETWEEN COMPUTERS AND OTHER ELECTRONIC DEVICES, COMPUTER MAINTENANCE PROGRAMS, PROGRAMS FOR PROVIDING ENHANCED SPECIAL EFFECTS WHILE RUNNING GAME PROGRAMS, PROGRAMS FOR USE IN ACCESSING AND PLAYING CDS AND DVDS, BROWSER PROGRAMS, ACCESSIBILITY PROGRAMS TO MAKE COMPUTERS MORE USEFUL FOR PERSONS WITH DISABILITIES; PAINT PROGRAMS, NAMELY, COMPUTER SOFTWARE FOR USE IN CREATING, EDITING AND COLORING DRAWINGS; ELECTRONIC MAIL PROGRAMS; PROGRAMS FOR ELECTRONIC CONFERENCING; COMPUTER SOFTWARE FOR PLAYING VIDEO AND ELECTRONIC GAMES AND COMPUTER GAMES; USER MANUALS THEREFOR SOLD AS A UNIT THEREWITH; COMPUTERS; COMPUTER HARDWARE; AND FULL LINE OF COMPUTER APPLICATION PROGRAMS; COMPUTER PERIPHERALS; COMPUTER MICE AND POINTING DEVICES; HAND HELD COMPUTERS; DVD PLAYERS; DIGITAL CELLULAR PHONES; BLANK SMART CARDS, NAMELY, ENCODED ELECTRONIC CHIP CARDS CONTAINING PROGRAMMING FOR VARIOUS BUSINESS AND TECHNICAL FUNCTIONS; COMMUNICATION SERVERS, AND COMPUTER APPLICATION PROGRAMS AND OPERATING SYSTEM PROGRAMS FOR USE THEREWITH; COMPUTER PROGRAMS FOR MANAGING COMMUNICATIONS AND DATA EXCHANGE BETWEEN COMPUTERS AND ELECTRONIC DEVICES; VIDEO GAME MACHINES FOR USE WITH TELEVISIONS AND COMPUTERS, AND OPERATING SYSTEM SOFTWARE FOR USE THEREWITH; OPERATING SYSTEM SOFTWARE FOR USE IN PLAYING ELECTRONIC GAMES; COMPUTER HARDWARE AND PERIPHERALS; COMPUTER KEYBOARDS; COMPUTER AND VIDEO GAME JOYSTICKS; VIDEO GAME INTERACTIVE CONTROL FLOOR PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-26-2001; IN COMMERCE 3-26-2001.

OWNER OF U.S. REG. NOS. 1,815,350, 1,816,354, AND OTHERS.

THE MARK CONSISTS OF A FLAG DESIGN. THE UPPER LEFT PORTION OF THE FLAG IS RED, THE LOWER LEFT PORTION IS BLUE, THE UPPER RIGHT PORTION IS GREEN, AND THE LOWER RIGHT PORTION IS YELLOW. COLOR IS CLAIMED AS PART OF THE MARK.

# EXHIBIT 8

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,625,391

Registered May 26, 2009

## TRADEMARK
## PRINCIPAL REGISTER

# MICROSOFT OFFICE

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, SOFT-WARE FOR INFORMATION MANAGEMENT, CREATING SPREADSHEETS, TABLES, GRAPHS, AND CHARTS, AND FOR ORGANIZING AND ANALYZING DATA; COMPUTER SOFTWARE FOR WORD PROCESSING; COMPUTER SOFT-WARE FOR CREATION AND DISPLAY OF PRE-SENTATIONS INCLUDING TEXT AND GRAPHICS; COMPUTER SOFTWARE FOR ELECTRONIC MAIL AND INSTANT MESSAGING SERVICES, CALEN-DAR AND MEETING SCHEDULING, DESKTOP PUBLISHING, PROJECT MANAGEMENT, CUSTO-MER MANAGEMENT, BUSINESS PLANNING, DI-RECT MAIL AND BUSINESS FINANCIAL MANAGEMENT; COMPUTER SOFTWARE FOR ONLINE DOCUMENT COLLABORATION, STO-

RAGE AND EDITING SERVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-19-1989; IN COMMERCE 6-19-1989.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,200,236, 2,907,150 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OFFICE", APART FROM THE MARK AS SHOWN.

SER. NO. 77-390,529, FILED 2-6-2008.

FLORENTINA BLANDU, EXAMINING ATTORNEY

# EXHIBIT 9

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,029,299**
**Registered Sep. 20, 2011**

**Int. Cls.: 9, 35, 38, 42, and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*David J. Kappos*

Director of the United States Patent and Trademark Office

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, COMPUTER SERVER SOFTWARE FOR USE IN REAL-TIME COMMUNICATIONS FEATURING INSTANT MESSAGING, AUDIO, VIDEO AND DATA EXCHANGE, WEB CONFERENCING AND DOCUMENT SHARING; COMPUTER UTILITY PROGRAMS; COMPUTER SOFTWARE DEVELOPMENT PROGRAMS; COMPUTER SECURITY AND AUTHENTICATION SOFTWARE FOR CONTROLLING ACCESS TO AND COMMUNICATIONS WITH COMPUTERS; APPLICATION AND BUSINESS SOFTWARE FOR USE IN WORD PROCESSING, SPREADSHEETS, DATABASE MANAGEMENT, DATA COLLECTION, DATA ANALYSIS, GRAPHICS, CAD/CAM FOR GENERAL USE, PRESENTATION GRAPHICS, E-MAIL, CALENDAR, SCHEDULING, MANAGING MAILING ADDRESS, TELEPHONE, E-MAIL ADDRESS AND OTHER CONTACT INFORMATION, ACCOUNTING, CUSTOMER RELATIONSHIP MANAGEMENT, PROJECT MANAGEMENT, DESKTOP PUBLISHING, AND WEB PUBLISHING; COMPUTER SOFTWARE FOR MANIPULATING VIDEO, AUDIO AND GRAPHICS; COMPUTER GAME SOFTWARE; COMMUNICATIONS SOFTWARE FOR MANAGING THE EXCHANGE OF COMMUNICATIONS AND DATA AND INFORMATION OVER COMPUTER NETWORKS, WIRELESS NETWORKS, AND GLOBAL COMMUNICATIONS NETWORKS; COMPUTER COMMUNICATIONS SOFTWARE FOR USE IN ACCESSING WEB SITES AND EXCHANGING INFORMATION AND DATA AND OBTAINING SERVICES FROM WEB SITES, ALL IN THE FIELDS OF BUSINESS AND BUSINESS MANAGEMENT AND INFORMATION; COMPUTER SOFTWARE FOR USE IN DEVELOPING WEB SITES, OPERATING ELECTRONIC MAIL AND PROVIDING COMPUTER SECURITY; COMPUTER SOFTWARE FOR NOTE-TAKING, NAMELY, COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING INFORMATION IN TYPED HANDWRITTEN AND VOICE FORMAT; COMPUTER COMMUNICATIONS SOFTWARE FOR ACCESSING WEB MESSAGING AND SHARED DOCUMENTS FROM WEB SITES ON THE INTERNET; AND HOUSE MARK FOR A FULL LINE OF BUSINESS SOFTWARE APPLICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-1-2010; IN COMMERCE 5-1-2010.

FOR: ORGANIZING, ARRANGING, CONDUCTING AND PROMOTING OF TRADE SHOWS, BUSINESS, COMMERCIAL, AND PROMOTIONAL EXHIBITIONS AND BUSINESS CONFERENCES IN THE FIELDS OF COMPUTER HARDWARE, SOFTWARE, TELECOMMUNICATIONS, AND HIGH TECHNOLOGY AND IN THE FIELD OF DEVELOPMENT OF COM-

**Reg. No. 4,029,299**    PUTER PROGRAMS AND SYSTEMS; PROVIDING BUSINESS INFORMATION CONCERNING HUMAN RESOURCES, SALES AND MARKETING, SMALL BUSINESS MANAGEMENT AND BUSINESS COMMUNICATIONS TOPICS OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS BY DISSEMINATING ADVERTISEMENTS AND BY PROVIDING HYPERTEXT LINKS TO THE WEBSITES OF OTHERS VIA COMPUTER NETWORKS, WIRELESS NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; BUSINESS MANAGEMENT AND ADVERTISING SERVICES FOR OTHERS, NAMELY, ASSISTING OTHERS IN DIRECT ELECTRONIC MAIL ADVERTISING, ASSISTING OTHERS IN PLACING AND RUNNING ADVERTISEMENTS ON COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; BUSINESS ONLINE INFORMATION SERVICES, NAMELY, PROVIDING DATABASES AND WEBSITE LINKS TO OTHER CONTENT PROVIDERS IN THE FIELD OF BUSINESS ISSUES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-1-2010; IN COMMERCE 5-1-2010.

FOR: COMMUNICATION SERVICES, NAMELY, TRANSMITTING TEXT, SOUND, GRAPHICS AND VIDEO VIA COMPUTER NETWORKS, WIRELESS NETWORKS AND THE INTERNET; PROVIDING INFORMATION IN THE FIELD OF WEB ACCESS VIA COMPUTER NETWORKS, WIRELESS NETWORKS AND THE INTERNET; TELECOMMUNICATION SERVICES, NAMELY, COMMUNICATIONS VIA MULTINATIONAL TELECOMMUNICATION NETWORKS; TELECOMMUNICATIONS SERVICES, NAMELY, TELECOMMUNICATIONS ACCESS SERVICES; DATA TRANSMISSION AND RECEPTION SERVICES VIA TELECOMMUNICATION MEANS; ELECTRONIC EXCHANGE OF VOICE, DATA, AND GRAPHICS ACCESSIBLE VIA COMPUTER AND TELECOMMUNICATION NETWORKS; PROVIDING ONLINE BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; PROVIDING ONLINE DISCUSSION GROUPS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; ELECTRONIC MAIL SERVICES; WORKGROUP COMMUNICATIONS SERVICES OVER COMPUTER NETWORKS, NAMELY, ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS AMONG USERS OF COMPUTERS; INSTANT MESSAGING SERVICES; VOICE OVER IP SERVICES; COMMUNICATIONS BY COMPUTER TERMINALS; WIRELESS BROADBAND COMMUNICATION SERVICES; MOBILE PHONE COMMUNICATION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 5-1-2010; IN COMMERCE 5-1-2010.

FOR: PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR USE IN DATABASE MANAGEMENT, PREPARATION OF SPREADSHEETS, AND WORD PROCESSING; COMPUTER SOFTWARE CONSULTATION; PROVIDING INFORMATION IN THE FIELDS OF THE DEVELOPMENT OF COMPUTER SYSTEMS, NETWORKS AND SOFTWARE, OVER COMPUTER NETWORKS, WIRELESS NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; TECHNICAL SUPPORT SERVICES, NAMELY, PROVIDING COMPUTER SOFTWARE-RELATED TECHNICAL ASSISTANCE TO OTHERS IN THE FIELD OF WEBSITE MANAGEMENT AND EMAIL MANAGEMENT SERVICES; AND PROVIDING COMPUTER SOFTWARE-RELATED TECHNICAL INFORMATION IN THE FIELD OF WEBSITE MANAGEMENT AND EMAIL MANAGEMENT VIA COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; HOSTING THE WEBSITES OF OTHERS ON A COMPUTER SERVER FOR A GLOBAL COMPUTER NETWORK, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-1-2010; IN COMMERCE 5-1-2010.

FOR: PROVIDING INFORMATION IN THE FIELD OF SECURITY SERVICES FOR WEBSITES, VIA COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS, IN CLASS 45 (U.S. CLS. 100 AND 101).

**Reg. No. 4,029,299**   FIRST USE 5-1-2010; IN COMMERCE 5-1-2010.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/04187, FILED 3-10-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/04186, FILED 3-10-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/04185, FILED 3-10-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/04184, FILED 3-10-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/04183, FILED 3-10-2009.

THE MARK CONSISTS OF FOUR STYLIZED RECTANGULAR SHAPES POSITIONED IN A GRID.

SN 77-819,967, FILED 9-3-2009.

MATTHEW PAPPAS, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at http://www.uspto.gov.**

# EXHIBIT 10

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 3,238,869

Registered May 8, 2007

## TRADEMARK
## PRINCIPAL REGISTER

# ACCESS

MICROSOFT CORPORATION (WASHINGTON CORPORATION)

ONE MICROSOFT WAY

REDMOND, WA 980526399

FOR: GENERAL PURPOSE COMPUTER DATA-BASE SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-1992; IN COMMERCE 11-0-1992.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,739,829, 1,741,086, AND 2,254,102.

SEC. 2(F).

SER. NO. 78-559,056, FILED 2-2-2005.

ANNE E. GUSTASON, EXAMINING ATTORNEY

# EXHIBIT 11

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,905,556**

**Registered Jan. 11, 2011**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

**Int. Cl.: 9**

FOR: COMPUTER DATABASE MANAGEMENT SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

**PRINCIPAL REGISTER**

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,158, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 3,145,196 AND 3,379,619.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTER "A" AND AN IMAGE OF A KEY.

SN 77-886,672, FILED 12-4-2009.

MARILYN IZZI, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# EXHIBIT 12

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,942,050

Registered Apr. 19, 2005

## TRADEMARK
## PRINCIPAL REGISTER

# EXCEL

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, SPREADSHEET SOFTWARE; AND COMPUTER PROGRAMS FOR CREATING CHARTS AND GRAPHS FROM ELECTRONIC SPREADSHEETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-1985; IN COMMERCE 9-30-1985.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-400,429, FILED 4-12-2004.

WON TEAK OH, EXAMINING ATTORNEY

# EXHIBIT 13

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,905,558**

**Registered Jan. 11, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, SPREADSHEET SOFTWARE; COMPUTER PROGRAMS FOR CREATING CHARTS AND GRAPHS FROM ELECTRONIC SPREAD-SHEETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,160, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 1,626,863, 3,139,017, AND 3,486,459.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTERS "XL" AND AN IMAGE OF A SHEET OF PAPER.

SN 77-886,693, FILED 12-4-2009.

MARILYN IZZI, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# EXHIBIT 14

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,844,710

## United States Patent and Trademark Office

Registered May 25, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## ONENOTE

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE FOR USE IN NOTE-TAKING, NAMELY, COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING AUDIO AND VISUAL INFORMATION AND IMAGES IN ELECTRONIC FORM; COMPUTER SOFTWARE FOR VIEWING AND EDITING MEETING AGENDAS AND TO-DO LISTS; COMPUTER SOFTWARE FOR REMINDING USERS OF DATES AND EVENTS; COMPUTER SOFTWARE FOR ACCESSING SHARED DOCUMENTS (NOTES); COMPUTER SOFTWARE FOR USE IN ACCESSING AND TRANSMITTING INFORMATION TO COMPUTER NETWORKS, NAMELY, COMPUTER SOFTWARE FOR EMAILING NOTES AND PUBLISHING NOTES ON COMPUTER NETWORKS; AND COMPUTER PERIPHERALS, NAMELY, ELECTRONIC PENS FOR INPUTTING HANDWRITTEN DATA INTO A COMPUTER , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-6-2003; IN COMMERCE 3-6-2003.

SER. NO. 78-182,506, FILED 11-6-2002.

SHARON MEIER, EXAMINING ATTORNEY

# EXHIBIT 15

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,905,559**

**Registered Jan. 11, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE FOR USE IN NOTE-TAKING, NAMELY, COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING AUDIO AND VISUAL INFORMATION AND IMAGES IN ELECTRONIC FORM; COMPUTER SOFTWARE FOR VIEWING AND EDITING MEETING AGENDAS AND TO-DO LISTS; COMPUTER SOFTWARE FOR REMINDING USERS OF DATES AND EVENTS; COMPUTER SOFTWARE FOR ACCESSING SHARED DOCUMENTS OR SHARED ELECTRONIC NOTES; COMPUTER SOFTWARE FOR USE IN ACCESSING AND TRANSMITTING INFORMATION TO COMPUTER NETWORKS, NAMELY, COMPUTER SOFTWARE FOR EMAILING NOTES AND PUBLISHING NOTES ON COMPUTER NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,163, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 3,180,408 AND 3,486,464.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTER "N" AND AN IMAGE OF A NOTEBOOK.

SN 77-886,702, FILED 12-4-2009.

MARILYN IZZI, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# EXHIBIT 16

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,188,125

## United States Patent and Trademark Office

Registered Sep. 8, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## OUTLOOK

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399 MICROSOFT COR-
    PORATION (WASHINGTON CORPORATION)

FOR: COMPUTER PROGRAMS FOR PRO-
VIDING ENHANCED ELECTRONIC MAIL
AND SCHEDULING CAPABILITIES, FOR USE
BY INDIVIDUAL COMPUTER USERS,
NAMELY, COMPUTER PROGRAMS FOR MAN-
AGING, VIEWING, AND EDITING FILES,
DOCUMENTS, ELECTRONIC MAIL MES-
SAGES AND PRIVATE NETWORK AND
GLOBAL COMPUTER NETWORK COMMUNI-
CATIONS; COMPUTER PROGRAMS FOR
MEETING AND EVENT SCHEDULING, MAN-

AGING GROUP CALENDARS, TASK DELE-
GATION AND REPORTING, RECORDING
NOTES, TRANSFERRING DATA TO AND
FROM DATA BASES AND TO AND FROM
COMPUTER PROGRAMS AND COMPUTER
FILES; ADDRESS BOOK PROGRAMS, TELE-
PHONE DIALING PROGRAMS, PROGRAMS
FOR CORRECTING TYPOGRAPHICAL AND
CAPITALIZATION ERRORS, PROGRAMS FOR
TALLYING VOTING RESPONSES; AND IN-
STRUCTION MANUALS THEREFOR SOLD AS
A UNIT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).
    FIRST USE 1-1-1997; IN COMMERCE
1-1-1997.

SN 75-053,439, FILED 2-5-1996.

FRANCES G. SMITH, EXAMINING ATTOR-
NEY

# EXHIBIT 17

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,905,560**

**Registered Jan. 11, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS FOR PROVIDING ENHANCED ELECTRONIC MAIL AND SCHEDULING CAPABILITIES, FOR USE BY INDIVIDUAL COMPUTER USERS, NAMELY, COMPUTER PROGRAMS FOR MANAGING, VIEWING, AND EDITING FILES, DOCUMENTS, ELECTRONIC MAIL MESSAGES AND PRIVATE NETWORK AND GLOBAL COMPUTER NETWORK COMMUNICATIONS; COMPUTER PROGRAMS FOR MEETING AND EVENT SCHEDULING, MANAGING GROUP CALENDARS, TASK DELEGATION AND REPORTING, RECORDING NOTES, TRANSFERRING DATA TO AND FROM DATABASES AND TO AND FROM COMPUTER PROGRAMS AND COMPUTER FILES; ADDRESS BOOK COMPUTER PROGRAMS, TELEPHONE DIALING COMPUTER PROGRAMS, COMPUTER PROGRAMS FOR CORRECTING TYPOGRAPHICAL AND CAPITALIZATION ERRORS AND COMPUTER PROGRAMS FOR TALLYING VOTING RESPONSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,162, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 3,168,003 AND 3,360,916.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTERS "O" AND "L" AND AN IMAGE OF AN ENVELOPE.

SN 77-886,710, FILED 12-4-2009.

MARILYN IZZI, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# EXHIBIT 18

Int. Cl.: 9

Prior U.S. Cl.: 38

United States Patent and Trademark Office

Corrected

Reg. No. 1,475,795
Registered Feb. 9, 1988
OG Date June 28, 1988

## TRADEMARK
## PRINCIPAL REGISTER

## POWERPOINT

MICROSOFT CORPORATION (DELA-
WARE CORPORATION)
BOX 97017
16011 NE WAY
RODMOND, WA 930739717, ASSIONEE
OF FORETHOUGHT, INC. (CALIFOR-
NIA CORPORATION) SUNNYVALE,
CA

FOR: PRERECORDED COMPUTER
PROGRAMS RECORDED ON MAGNET-
IC DISKS, IN CLASS 9 (U.S. CL. 38).

FIRST USE 4-20-1987; IN COMMERCE
4-20-1987.

SER. NO. 669,735, FILED 6-29-1987.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 28, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# EXHIBIT 19

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,905,561**

**Registered Jan. 11, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, PROGRAMS FOR CREATING PRESENTATIONS, GRAPHICS AND VIDEOS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,166, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 3,139,018 AND 3,360,915.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTER "P" AND AN IMAGE OF A CHART.

SN 77-886,820, FILED 12-4-2009.

MARILYN IZZI, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# EXHIBIT 20

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,909,143**

**Registered Jan. 18, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: WORD PROCESSING SOFTWARE; COMPUTER PROGRAMS FOR CREATING, EDITING, SHARING, STORING AND PRINTING DOCUMENTS COMPRISED OF TEXT AND GRAPHICS AND UTILITY PROGRAMS FOR USE THEREWITH, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,168, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 3,135,906 AND 3,360,914.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTER "W" AND AN IMAGE OF A SHEET OF PAPER.

SN 77-886,830, FILED 12-4-2009.

DAVID TAYLOR, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office