UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | No. C14-1851 RSM |
| Plaintiff, | PERMANENT INJUNCTION |
| v. | |
| GULFCOAST SOFTWARE SOLUTIONS, LLC, a Florida limited liability corporation, | |
| Defendant. | |

Pursuant to the settlement of this matter, and the parties agreement in connection therewith to stipulate to a permanent injunction (Dkt. # 55), IT IS HEREBY ORDERED that Defendant, its directors, principals, officers, agents, representatives, employees, attorneys, successors and assigns are enjoined and restrained from:

1.      Copying or making any other infringing use or infringing distribution of Microsoft's software and other intellectual property;

2.      Manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting or displaying any Microsoft software or other intellectual property bearing any unauthorized simulation, unauthorized reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks, service marks, or copyrights;

3.      Using any unauthorized simulation, unauthorized reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service marks or copyrights in

PERMANENT INJUNCTION
(2:14-cv-01851-RSM) - 1

1   connection with the manufacture, assembly, production, distribution, offering for distributing,

2   circulation, sale, offering for sale, import, advertisement, promotion, or display of any software,

3   component, and/or other item not authorized or licensed by Microsoft;

4          4.      Using any false designation of origin or false or misleading description or false or

5   misleading representation that can or is likely to lead the trade or public or individuals

6   erroneously to believe that any software, component, and/or other item has been manufactured,

7   assembled, produced, distributed, displayed, licensed, sponsored, approved or authorized by or

8   for Microsoft, when such is not true in fact;

9          5.      Engaging in any other activity constituting an infringement of any of Microsoft's

10  trademarks, services marks, and/or copyrights, or of Microsoft's rights in, or right to use or to

11  exploit, such trademarks, services marks and/or copyrights; and/or

12         6.      Assisting, aiding, or abetting any other person or business entity in engaging in or

13  performing any of the activities listed above.

14         IT IS SO ORDERED this 10th day of March 2017.

15

16  _____
    RICARDO S. MARTINEZ

17  CHIEF UNITED STATES DISTRICT JUDGE

18

19  Presented by:
    DAVIS WRIGHT TREMAINE LLP

20  *Attorneys for Plaintiff Microsoft Corp.*

21  By  *s/ James Harlan Corning* _____

22      Bonnie MacNaughton, WSBA #36110
        James Harlan Corning, WSBA #45177

23      Max Hensley, WSBA #47030
        1201 Third Avenue, Suite 2200

24      Seattle, WA 98101-3045
        Tel:  (206) 622-3150

25      Fax: (206) 757-7700

26      Email:  bonniemacnaughton@dwt.com
                jamescorning@dwt.com

27              maxhensley@dwt.com

PERMANENT INJUNCTION
(2:14-cv-01851-RSM) - 2